Mooney, Brian and Marla - - Pg. 1 of 1

.

Brian E Mooney
Marla E. Mooney
436 Old Progress Road
Moselle, MS 39459

Client Services
3451 Harry Truman Blvd
St Charles, MO 63301-0404

Stokes & Clinton
Attorneys at Law
P O Box 991801
Mobile, AL 36691-1801

Allen Flowers
Flowers Law Firm
341 N. 25th Avenue
Hattiesburg, MS 39401

Comp. Radiology Svc
5000 W. Fourth St.
Hattiesburg, MS 39402-1000

SUNRISE CREDIT SVC
P. O. Box 9100
FARMINGDALE, NY 11735-9

Experian
P.O. Box 2002
Allen, TX 75013

D. Michael Dendy
110 Veterans Blvd.
Ste 560
Metairie, LA 70005

Weltman Weinberg&Reis
323 W. Lakeside Ave.
Ste 200
Cleveland, OH 44113-100

Equifax Check Svc.
P.O. Box 30272
Tampa, FL 33630-3272

Discover Financial Svc
PO Box 3025
New Albany, OH 43054-3025

World Fin. Network
National Bank
PO Box 182125
Columbus, OH 43218-2125

TransUnion
P.O. Box 2000
Chester, PA 19022

GE Money Bank
Bankruptcy Dept
P O Box 103106
Roswell, GA 30076-3106

Acceptance Laon Co.
163 Turtle Creek Dr.
Ste. 60
Hattiesburg, MS 39402

H'Burg Clinic PA
P. O. Box 2469
Jackson, MS 39225-2469

Adams & Edens
Attorneys at Law
PO Box 400
Brandon, MS 39043-0400

HSBC NV
931 Corporate Ctr. Dr.
Pomona, CA 91769

Bank of America
P O Box 15026
Wilmington, DE 19850-5026

Network Services, Inc.
P.O. Box 1725
Hattiesburg, MS 39403

CBC, Inc
P. O. Box 1529
Hattiesburg, MS 39401

Pro Bureau Collections
P. O. Box 628
Elk Grove, CA 95759-0628