**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO. _____

Debtor  **Brian E Mooney**            SS# xxx-xx-5721        Median Income  ☒ Above   ☐ Below
Joint Debtor  **Marla E. Mooney**     SS# xxx-xx-5844
Address  **436 Old Progress Road Moselle, MS 39459-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)   Debtor shall pay $ __369.84__ per **bi-weekly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
      Halliburton E. Svc.
      10200 Bellaire Blvd.
      Houston TX  77072-5299

(B)   Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:         $  0.00           @  0.00          /month
Mississippi Dept. of Revenue:     $  0.00           @  0.00          /month
Other/ _____                                        /month

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
                                                    -NONE-
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid _____ direct, _____ through payroll deduction, or _____ through the plan.
                                                    -NONE-
PRE-PETITION ARREARAGE: In the total amount of $ through  shall be paid the amount of $ per month beginning
To be paid _____ Direct _____ through payroll deduction _____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO:  Acceptance Loan Co.       BEGINNING 2/13     @$    404.00  ☐PLAN ☒DIRECT
MTG PMTS TO:  Bank of America           BEGINNING 2/13     @$    712.00  ☐PLAN ☒DIRECT
MTG ARREARS TO:  Acceptance Loan Co.    THROUGH   1/13     $   1,255.00 @$   125.50 /MO*
                                                                       (*Including interest at
                                                                         0.00  %)
MTG ARREARS TO:  Bank of America        THROUGH   1/13     $   5,055.00 @$   505.50 /MO*
                                                                       (*Including interest at
                                                                         0.00  %)

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor: _____-NONE-_____       Approx. amt. due: _____    Int. Rate: _____
Property Address: _____     Are related taxes and/or insurance escrowed   Yes    No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such

Debtor's Initials __BM__   Joint Debtor's Initials __MM__           CHAPTER 13 PLAN, PAGE 1 OF 2
Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| -NONE- | | | | | % | |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| -NONE- | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| -NONE- | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:  Debtor's mortgage company, including it's successors, assigns and servicing agents (hereinafter "Mortgage Entities"), shall not charge any post-Petition fees (of any kind or nature) to Debtor's account, and shall not assess any such fees to the Debtor during the period of the Chapter 13 Plan or upon conversion of this case to another Chapter of the Bankruptcy Code, without prior Bankruptcy Court approval.  Confirmation of this Plan imposes a duty on the Mortgage Entities to: deem any pre-Petition arrearage as contractually cured so that no post-Petition delinquency status is declared due to pre-Petition events that are addressed in the Plan; apply Trustee payments on pre-Petition arrearages only to such arrearages; apply mortgage payments made during the Plan (whether by the Debtor or by the Trustee) to the month in which they were made (or designated to be made) under or during the Plan; post all payments made in accord with the promissory note, mortgage and/or deed of trust; notify the Trustee, the Debtor and the Attorney for the Debtor of any changes in the interest rate (and any new resulting payment amount), and of any changes in the taxes and/or insurance related to the collateral, and; comply fully with the provisions of 11 U.S.C. Section 524(i).  Pre-Petition arrearages shall include only those sums included in the "allowed" proof of claim.

**GENERAL UNSECURED DEBTS** totaling approximately $ __29,253.00__ . Such claims must be timely filed and not disallowed to receive payment as follows: __X__ IN FULL (100%) or ____% (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ __3,000.00__
Attorney Fees Previously Paid $ __400.00__
Attorney fees to be paid in plan $ __2,600.00__

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
| | Allen Flowers |
| | 341 N. 25th Avenue |
| | Hattiesburg, MS 39401 |
| Telephone/Fax | Telephone/Fax  601.583.9300 |
| | Facsimile No.  601.583.9301 |
| | E-mail Address  allen.flowers@aflowerslaw.net |

DATE: 1/30/2013

DEBTOR'S SIGNATURE
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE

Effective: October 1, 2011
Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

CHAPTER 13 PLAN, PAGE 2 OF 2
Best Case Bankruptcy