United States Bankruptcy Court
Southern District of Mississippi

In re:                                                         Case No. 13-50179-KMS
BRIAN E. MOONEY                                  Chapter 13
Marla E. Mooney
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0538-1         User: ddellenge            Page 1 of 2            Date Rcvd: Feb 05, 2013
                              Form ID: pdf012           Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2013.
db/jdb        +BRIAN E. MOONEY,    Marla E. Mooney,    436 Old Progress Road,    Moselle, MS 39459-9726
3557682       +Acceptance Laon Co.,    163 Turtle Creek Dr.,    Ste. 60,    Hattiesburg, MS 39402-1287
3557683        Adams & Edens,    Attorneys at Law,    PO Box 400,    Brandon, MS 39043-0400
3557685       +CBC, Inc,    P. O. Box 1529,    Hattiesburg, MS 39403-1529
3557686       +Client Services,    3451 Harry Truman Blvd,    St Charles, MO 63301-9816
3557687        Comp. Radiology Svc,    5000 W. Fourth St.,    Hattiesburg, MS 39402-1000
3557688       +D. Michael Dendy,    110 Veterans Blvd.,    Ste 560,    Metairie, LA 70005-4912
3557680        Equifax Check Svc.,    P.O. Box 30272,    Tampa, FL 33630-3272
3557679       +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
3557691        H'Burg Clinic PA,    P. O. Box 2469,    Jackson, MS 39225-2469
3557692       +HSBC NV,    931 Corporate Ctr. Dr.,    Pomona, CA 91768-2642
3557693       +Network Services, Inc.,    P.O. Box 1725,    Hattiesburg, MS 39403-1725
3557694        Pro Bureau Collections,    P. O. Box 628,    Elk Grove, CA 95759-0628
3557696        SUNRISE CREDIT SVC,    P. O. Box 9100,    FARMINGDALE, NY 11735-9100
3557695       +Stokes & Clinton,    Attorneys at Law,    P O Box 991801,    Mobile, AL 36691-8801
3557681       +TransUnion,    P.O. Box 2000,    Chester, PA 19016-2000
3557698        World Fin. Network,    National Bank,    PO Box 182125,    Columbus, OH 43218-2125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3557689        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 05 2013 19:58:33     Discover Financial Svc,
               PO Box 3025,    New Albany, OH 43054-3025
3557690       +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2013 19:56:21     GE Money Bank,   Bankruptcy Dept,
               P O Box 103106,    Roswell, GA 30076-9106
3557697       +E-mail/Text: BKRMailOps@weltman.com Feb 05 2013 19:55:33     Weltman Weinberg&Reis,
               323 W. Lakeside Ave.,    Ste 200,    Cleveland, OH 44113-1099
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3557684      ##Bank of America,    P O Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2013**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0538-1          User: ddellenge              Page 2 of 2                  Date Rcvd: Feb 05, 2013
                              Form ID: pdf012              Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2013 at the address(es) listed below:
              Allen    Flowers    on behalf of Joint Debtor Marla E. Mooney
               allen@aflowerslaw.net;donna@aflowerslaw.net,
               donna@aflowerslaw.net;sonia@aflowerslaw.net;courtmail@aflowerslaw.net
              Allen    Flowers    on behalf of Debtor BRIAN E.   MOONEY allen@aflowerslaw.net;donna@aflowerslaw.net,
               donna@aflowerslaw.net;sonia@aflowerslaw.net;courtmail@aflowerslaw.net
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                                     TOTAL: 3
```

**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO. _____

Debtor  **Brian E Mooney**            SS#  xxx-xx-5721       Median Income  ☒ Above  ☐ Below
Joint Debtor  **Marla E. Mooney**     SS#  xxx-xx-5844
Address  **436 Old Progress Road Moselle, MS 39459-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $ __369.84__ per **bi-weekly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
　　　Halliburton E. Svc.
　　　10200 Bellaire Blvd.
　　　Houston TX 77072-5299

(B) Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:       $  0.00         @  0.00        /month
Mississippi Dept. of Revenue:   $  0.00         @  0.00        /month
Other/ _____                                         /month

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
　　　　　　　　　　　　　　　　　-NONE-
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid _____ direct, _____ through payroll deduction, or _____ through the plan.
　　　　　　　　　　　　　　　　　-NONE-
PRE-PETITION ARREARAGE: In the total amount of $ through  shall be paid the amount of $ per month beginning
To be paid _____ Direct _____ through payroll deduction _____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO:  Acceptance Loan Co.    BEGINNING  2/13    @$   404.00  ☐PLAN ☒DIRECT
MTG PMTS TO:  Bank of America         BEGINNING  2/13    @$   712.00  ☐PLAN ☒DIRECT
MTG ARREARS TO: Acceptance Loan Co.  THROUGH  1/13    $  1,255.00  @$  125.50 /MO*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(*Including interest at
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 0.00 %)
MTG ARREARS TO: Bank of America      THROUGH  1/13    $  5,055.00  @$  505.50 /MO*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(*Including interest at
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 0.00 %)

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor:  -NONE-                Approx. amt. due: _____  Int. Rate: _____
Property Address: _____    Are related taxes and/or insurance escrowed  Yes    No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such

Debtor's Initials  **BM**   Joint Debtor's Initials  **MM**                CHAPTER 13 PLAN, PAGE 1 OF 2

creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| -NONE- | | | | | % | |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| -NONE- | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME        APPROX. AMT. OWED        CONTRACTUAL MO. PMT.    PROPOSED TREATMENT
-NONE-

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: <u>Debtor's mortgage company, including it's successors, assigns and servicing agents (hereinafter "Mortgage Entities"), shall not charge any post-Petition fees (of any kind or nature) to Debtor's account, and shall not assess any such fees to the Debtor during the period of the Chapter 13 Plan or upon conversion of this case to another Chapter of the Bankruptcy Code, without prior Bankruptcy Court approval. Confirmation of this Plan imposes a duty on the Mortgage Entities to: deem any pre-Petition arrearage as contractually cured so that no post-Petition delinquency status is declared due to pre-Petition events that are addressed in the Plan; apply Trustee payments on pre-Petition arrearages only to such arrearages; apply mortgage payments made during the Plan (whether by the Debtor or by the Trustee) to the month in which they were made (or designated to be made) under or during the Plan; post all payments made in accord with the promissory note, mortgage and/or deed of trust; notify the Trustee, the Debtor and the Attorney for the Debtor of any changes in the interest rate (and any new resulting payment amount), and of any changes in the taxes and/or insurance related to the collateral, and; comply fully with the provisions of 11 U.S.C. Section 524(i).  Pre-Petition arrearages shall include only those sums included in the "allowed" proof of claim.</u>

**GENERAL UNSECURED DEBTS** totaling approximately $ __29,253.00__ . Such claims must be timely filed and not disallowed to receive payment as follows: __X__ IN FULL (100%) or ____% (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ __3,000.00__
Attorney Fees Previously Paid $ __400.00__
Attorney fees to be paid in plan $        __2,600.00__

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Attorney for Debtor (Name/Address/Phone # / Email)
Allen Flowers
341 N. 25th Avenue
Hattiesburg, MS 39401

Telephone/Fax

Telephone/Fax   601.583.9300
Facsimile No.    601.583.9301
E-mail Address   allen.flowers@aflowerslaw.net

DATE: __1/30/2013__         DEBTOR'S SIGNATURE
                            JOINT DEBTOR'S SIGNATURE
                            ATTORNEY'S SIGNATURE

Effective: October 1, 2011                                           CHAPTER 13 PLAN, PAGE 2 OF 2
Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy